# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMECHANGER CHARITY, a California not-for-profit corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>PLAYNEXT, INC., a Delaware corporation,<br><br>　　Defendant. | Case No. 8:18-cv-02142-JLS-KES<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Having considered Plaintiff's Notice of Voluntary Dismissal, the Court HEREBY ORDERS that this action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2019

JOSEPHINE L. STATON
Hon Josephine Stanton
Unites States District Judge